```
                                            FILED
                                        2006 OCT 11  PM 2: 14
                                        CLERK US DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                        BY_____DEPUTY
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ALEKSANDR NIKOLAEVICH KASHIN,<br><br>Plaintiff,<br>vs.<br>DOUGLAS BARRY KENT,<br><br>Defendant. | CASE NO. 02CV2495-LAB (WMC)<br><br>**ORDER OF DISMISSAL** |
|---|---|

On August 26, 2004, this Court entered an order denying Defendant's petition for certification under 28 U.S.C. § 2679(d)(3). On August 8, 2006, the United States Court of Appeals reversed this order, granted the petition, and ordered the action dismissed. *Kashin v. Kent*, 457 F.3d 1033, 1037, 1044 (9th Cir. 2006). This disposes of all issues before this Court. Therefore, this case is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

DATED: 10-10-06

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge

cc:   Magistrate Judge Leo S. Papas
      All Counsel of Record