# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ALEKSANDR NIKOLAEVICH KASHIN, | CASE NO. 02CV2495-LAB (WMC) |
|---|---|
| Plaintiff, vs. | **ORDER REJECTING MOTION FOR ATTORNEY'S FEES FOR FILING** |
| DOUGLAS BARRY KENT, Defendant. | |

Following the decision by the U.S. Court of Appeals disposing of all issues in this case, the Court on October 11, 2006 issued an order dismissing this case with prejudice. On December 5, 2006, Defendant filed a motion for an award of costs and attorney's fees pursuant to 28 U.S.C. § 2412. Defendant did so, however, without obtaining a hearing date from the Court, in violation of Civil Local Rule 7.1(b) and (e)(1), and merely listed the filing date as the hearing date. Furthermore, the motion does not explain why it should be considered timely, since it was filed 55 days after the order of dismissal, well past the 30-day limit imposed by 28 U.S.C. § 2412(d)(1)(B).

///
///
///
///
///
///

The motion filed December 5, 2006 for an award of costs and attorney's fees is therefore **REJECTED** for filing. The Clerk shall remove this document from the docket. If Defendant wishes to refile this motion, he is directed to address the deficiencies identified above.

**IT IS SO ORDERED**.

DATED: December 14, 2006

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge